IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00083-MR-WCM

| | | |
|---|---|---|
| **MELVIN RICHARD ROBINSON, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BLUE RIDGE NEUROPSYCHOLOGICAL ASSOCIATES P.A. and DR. MARK HILL,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 25, 2022, the Court entered an Order concluding that the Plaintiff's Complaint failed to state a claim and directing the Plaintiff to file an Amended Complaint within thirty (30) days. [Doc. 3]. The Plaintiff was specifically warned that failure to file an Amended Complaint within the time required would result in the dismissal of his Complaint without prejudice and without further notice to him. [Id.].

More than 30 days have passed since the entry of the Court's Order, and the Plaintiff has not filed an Amended Complaint. Further, he has failed to file an amended Application to Proceed Without Prepaying Fees or Costs

as instructed or to pay the required filing fee. Accordingly, the Court will dismiss the Plaintiff's Complaint without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim.

The Clerk of Court is respectfully directed to close this civil action.

**IT IS SO ORDERED.**

Signed: June 6, 2022

Martin Reidinger
Chief United States District Judge